

ORDERED in the Southern District of Florida on March 9, 2022.

Robert A. Mark, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:      Vanessa Chiu                             Bankruptcy No.: 21-21661-RAM
                                                     Chapter 13

         Debtor(s).
_____/

**ORDER GRANTING MOTION FOR CONTEMPT AND SANCTIONS FOR VIOLATIONS OF THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTIONS 105(A) AND 362(K) AGAINST MEMORIAL HEALTHCARE SYSTEM**

This action having come before this Court on March 8, 2022, at 9:00 AM upon the Debtor's Motion for Contempt and Sanctions Against Memorial Healthcare System [ECF#24; herein "Motion"], noting that service upon Memorial Healthcare System (herein "Creditor") was proper, and the Court having heard the unopposed argument of Debtor's counsel,

**IT IS ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED.

2. The Court finds that the Creditor violated the Automatic Stay by continuing post-petition collection efforts against the Debtor.

3. The Creditor shall cease all communication and collection efforts with the Debtor.

4. For the presentment and prosecution of the Motion, the Creditor shall pay the Debtor's reasonable and fully earned attorney's fees of $2,677.50 as well as actual costs of $36.65 for a total sanction of **$2,714.15**.

5. The Creditor shall make payment addressed to **Jose A. Blanco, P.A.**, operating account, and directly payable to Debtor's attorney's firm at:

    **Jose A. Blanco, P.A.**
    **102 E 49th ST**
    **Hialeah, FL 33013**

6. Payment shall be received by the Debtor's attorney within **21 days** of the entry of this instant Order.

7. The failure to cease communication and collection efforts or the failure to timely pay the above-ordered sanction, may lead to the imposition of further sanctions and potentially punitive sanctions.

8. The Court shall retain jurisdiction of this Order to enforce the terms of this Order.

# # #

Attorney Jose A. Blanco, Esq. is hereby directed to serve a copy of this order upon all interested parties.

Respectfully Submitted By:
Jose A. Blanco, Esq. FBN: 062449
Jose A. Blanco, P.A.
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
Fax: (786) 567-5057
jose@blancopa.com