UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

VANESSA CHIU

CASE NO: 21-21661-RAM

Debtor(s),

Chapter 13

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Memorial Healthcare System, a creditor in the above styled proceeding, appears herein by counsel Frank P. Rainer, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and requests pursuant to Bankruptcy Rules 2002, 3017, and 9007, and local bankruptcy rule 1009-1, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

    Frank P. Rainer, Esq.
    Memorial Healthcare System
    3111 Stirling Road
    Hollywood, FL 33312

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also any application, motion, petition, pleading, request, complaint, or demand, however made, which affects or seeks to affect in any way the rights of the Debtor or any Creditor in any property or proceeds thereof in which the Debtor may claim an interest, or which requires or seeks to require any act, delivery of any property, payment or other conduct by the Debtor or any interest party, or which seeks injunctive relief against any person or any and all motions, contested matters,

adversary proceedings, plans, or disclosure statements filed by any person.

Dated this /6 day of May, 2022.

                                            Frank P. Rainer, Esq. Fla.Bar # 436518
                                            Memorial Healthcare System
                                            3111 Stirling Road
                                            Hollywood, FL 33322
                                            (954)265-5341
                                            ATTORNEY FOR CREDITOR

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

Dated this /6 day of May, 2022.

                                            Frank P. Rainer, Esq. Fla.Bar # 436518

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing Notice of Appearance by emailing a copy of same to the following addresses:

Jose A. Blanco, 102 E. 49th Street, Hialeah, FL 33013, jose@blacopa.com, and Judicial Assistant Marcy Gatel, marcy_gatell@flsb.uscourts.gov, and Nancy K. Neidich, P.O. Box 279806, Miramar, FL 33027 www.ch13miami.com, Bankruptcy Trustee.

Dated this /6 day of May, 2022.

                                            Frank P. Rainer, Esq.