

ORDERED in the Southern District of Florida on May 18, 2022.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:      Vanessa Chiu                                   Bankruptcy No.: 21-21661-RAM
                                                                         Chapter 13

              Debtor(s).
_____/

### ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR CONTEMPT AND COMPENSATORY AND PUNITIVE SANCTIONS FOR NON-COMPLIANCE WITH COURT ORDER AGAINST MEMORIAL HEALTHCARE SYSTEM

This action having come before this Court on May 17, 2022, at 9:00 AM upon the Debtor's Motion for Contempt and Compensatory and Punitive Sanctions for Non-Compliance with Court Order Against Memorial Healthcare System (herein "Creditor") [ECF#48; herein "Motion"], and the Court having heard the unopposed argument of Debtor's counsel,

**IT IS ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED in part and DENIED in part.

2. The Court scheduled this hearing for 9:00 AM and at the initial uncontested motion calendar that was called by the Chapter 13 Trustee, Mr. Frank Rainer, General Counsel

for the Creditor, initially appeared and the matter was marked to be recalled for the Court. Upon the subsequently calling of the case by the Court, Mr. Rainer was not present. The Court waited until the end of the motion calendar to call the matter, but Mr. Rainer was still not present.

3. Creditor is hereby held in contempt for failure to comply with Court Order [ECF#31] which required the Creditor to pay $2,714.15 to the Debtor's counsel.

4. The Debtor's counsel is awarded the $684.00 for the filing and serving of the underlying Motion [ECF#48] and is further awarded an additional three (3) hours of time at $425.00 an hour for $1,275.00 for the preparation, attendance, and waiting for this matter to be recalled totaling $1,959.00 as compensatory damages.

5. Creditor is directed to pay the original amount of $2,714.15 plus the $1,959.00 for a total of **$4,673.15** payable to Jose A. Blanco, P.A., operating account, addressed to:

**Jose A. Blanco, P.A.**
**102 E 49th ST,**
**Hialeah, FL 33013**

6. Said total amount shall be paid by **May 27, 2022**.

7. Punitive damages sought in the Motion are hereby denied without prejudice to seek reconsideration.

# # #

Attorney Jose A. Blanco, Esq. is hereby directed to serve a copy of this order upon all interested parties.

Respectfully Submitted By:
Jose A. Blanco, Esq. FBN: 062449
Jose A. Blanco, P.A.
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
Fax: (786) 567-5057
jose@blancopa.com