UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Vanessa Chiu

                                                      Bankruptcy No.: 21-21661-RAM
                                                      Chapter 13

    Debtor(s).
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Granting In Part And Denying In Part Motion For Contempt, And Compensatory And Punitive Sanctions For Non-Compliance With Court Order Against Memorial Healthcare System was sent to all parties on the attached service list.

Electronically on May 19, 2022: Nancy K. Neidich, Trustee; United States Trustee; Frank P. Rainer, Esq. [ECF User]

First Class Mail on May 24, 2022:

Debtor(s), Vanessa Cruz Chiu
560 NE 161st ST
Miami, FL 33162

                                                     Respectfully Submitted:
                                                     **JOSE A. BLANCO, P.A.**
                                                     By: */s/ Jose A. Blanco* | FBN: 062449
                                                     Attorney for Debtor(s)
                                                     102 E 49th ST
                                                     Hialeah, FL 33013,
                                                     Tel. (305) 349-3463
                                                     Fax: (786) 567-5057
                                                     jose@blancopa.com