UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

VANESSA CHIU

Debtor(s),

District Court Case No.: 22-cv-21673-DPG
Lower Tribunal Case No. : 21-21661-RAM

Chapter 13

_____/

**DIRECTIONS TO CLERK**
And
**STATEMENT OF ISSUES ON APPEAL**

Appellant, South Broward Hospital District d/b/a Memorial Healthcare System directs the Clerk to include the following items from the record as described in Bankruptcy Rules 8009 and 8010 and Southern District of Florida Local Bankruptcy Rule 8009-1

Statement of Issues on Appeal

1. Whether the Bankruptcy Court has jurisdiction to enter orders against a South Broward Hospital District, a Florida local governmental entity.

2. If it is determined that the Bankruptcy Court has jurisdiction over South Broward Hospital District, then whether the Bankruptcy Court properly determined all the elements needed to find a violation of the automatic stay.

3. If the Bankruptcy Court is found to have jurisdiction and properly determined to have found a violation of the automatic stay, whether the remedies and

1

sanctions it has imposed are in conformance with law, in particular section 106(a)(3) of the Bankruptcy Act.

<u>Items for Designation of Record</u>

1. ECF #1. – Chapter 13 Voluntary Petition.
2. ECF #6 – Disclosure of Compensation By Attorney Jose A. Blanco
3. ECF #24 – Motion for Contempt and Sanction against Memorial Healthcare System
4. ECF # 25 – Notice of Hearing Motion for Contempt
5. ECF # 26 – Certificate of Service by Attorney Jose A. Blanco
6. ECF # 31 – Order Granting Motion for Contempt
7. ECF # 34 – Certificate of Service by Attorney Jose A. Blanco
8. ECF # 40 – Application for Compensation For Jose A. Blanco
9. ECF #48 -   Motion For Contempt and Compensatory and Punitive Sanctions
10. ECF # 49 - Notice of Hearing
11. ECF #50 –Certificate of Service by Attorney Jose A. Blanco
12. ECF #61 – Order Granting Motion

I certify that a copy hereof has been furnished to Jose A. Blanco, Esq., 102 E.

49th Street, Hialeah, FL  33013, jose@blacopa.com and Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027, www.ch13miami.com on this 10th day of June, 2022.

/s/ Frank P. Rainer
Frank P. Rainer, Esq.
Fla. Bar # 436518
Memorial Healthcare System
3111 Stirling Road
Hollywood, FL 33322
(954)265-5341
ATTORNEY FOR CREDITOR