

**ORDERED in the Southern District of Florida on July 13, 2022.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| In re:  )  | CASE NO. 21-21661-RAM |
| )  | CHAPTER 13 |
| VANESSA CRUZ CHIN,  )  |  |
| )  |  |
| )  |  |
| Debtor.  )  |  |

**ORDER SETTING FURTHER
HEARING AND BRIEFING SCHEDULE
ON MOTION FOR RECONSIDERATION**

The Court conducted a hearing on July 12, 2022, on a Motion for Reconsideration filed by South Broward Hospital District d/b/a Memorial Healthcare System ("Memorial Healthcare") [DE# 62]. As announced at the hearing, the Court finds it appropriate to set a further hearing and to impose filing deadlines. It is -

**ORDERED** as follows:

1. The Court will conduct a further hearing on the Motion for Reconsideration on **August 25, 2022** at **11:00 a.m.** The hearing will be conducted by video conference using the services of Zoom Video Communications, Inc.

2. For instructions regarding the video conference, please refer to the General Procedures for Hearings By Video Conference on Judge Mark's web page on the Court's website, https://www.flsb.uscourts.gov/judges/judge-robert-mark

3. To register for the video conference, click on the following link or manually enter the following link in a browser: https://www.zoomgov.com/meeting/register/vJIsduqrrTIsGwLENmZWZhscEHry3et9jXQ

4. By August 2, 2022, the Debtor shall file a response to the Motion for Reconsideration addressing both the notice issues and the sovereign immunity argument.

5. If Memorial Healthcare wishes to file a reply in support of the Motion for Reconsideration, the reply must be filed by August 19, 2022.

6. The Court urges the parties to discuss settlement of this contested matter before both sides incur what may be significant legal fees addressing the factual and legal issues raised in the Motion for Reconsideration.

###

COPIES TO:

Jose A. Blanco, Esq.
Frank P. Rainer, Esq.
Nancy K. Neidich, Trustee