UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  21-21661-RAM

IN RE:
VANESSA CRUZ CHIU
    Debtor

_____/

TRUSTEE'S AMENDED OBJECTION TO CLAIM ON NEGATIVE NOTICE
TO CLAIM # 2 FILED BY SLM BANK

IMPORTANT NOTICE TO CREDITORS

        **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

        **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned  Trustee, Nancy K Neidich, Esquire,  P.O. Box 279806, Miramar, Florida 33027.  OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

        **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

        **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

    Pursuant to Bankruptcy Rule 3007, the Trustee objects to the  following claims(s) filed in this case:

| Claim # | Name of Claimant |
|---|---|
| 2 | SLM BANK . |

Recommended Disposition Strike and Disallow: The creditor is returned funds stating that they are overpaid..

RESPECTFULLY SUBMITTED:
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806

MIRAMAR, FL 33027-9806

By: /s/ _____
          Nancy K. Neidich, Esq.
          Chapter 13 Trustee
          Amy E. Carrington, Esq.
          *Senior Staff Attorney*
          FLORIDA BAR NO: 101877

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Claim # 2 was served through NEF on debtor's attorney and by US First Class Mail to the following on 6/12/2023 :

SLM BANK
c/o Navient Solutions, LLC
P.O. Box 9640
Wilkes-Barres, A 18773-9640

by certified mail to:

Chief Operating Officer
Sallie Mae Bank
175 S West Temple
Salt Lake City, UT 84101

7020 0090 0000 6549 2877

/s/ _____
Amy E Carrington, Esq